# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>     HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, DC 20201-0004,<br><br>     Defendant. | Civil Action No. |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, the Center for Public Integrity ("the Center"), brings this action for declaratory and injunctive relief, alleging as follows:

### Nature of Action

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the production of certain agency records related to hospital inpatient services covered by the Medicare program.

### Jurisdiction and Venue

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

3. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

**Parties**

4.      Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C. "The mission of the Center for Public Integrity is to produce original investigative journalism about significant public issues to make institutional power more transparent and accountable." Mission Statement, http://www.publicintegrity.org/about/about.aspx?act=mission . Plaintiff is the requester of the withheld records.

5.      Defendant U.S. Department Of Health and Human Services ("HHS") is an agency of the United States. The Centers for Medicare and Medicaid Services ("CMS") is a component agency of Defendant HHS. Defendant has possession of and control over the records that plaintiff seeks.

**Plaintiff's Freedom of Information Request**

6.      By letter dated June 30, 2009, addressed to CMS, Plaintiff requested copies of the following records, in electronic format, along with any associated documentation:

- The MEDPAR Limited Data Set for 1997 through 2008;
- Limited Data Set Denominator files for 1999 through 2008;
- And the Limited Data Set Standard Analytical Files for 1999 through 2007.

7.      CMS does not offer this data for unrestricted sale to the general public. Rather, the information Plaintiff sought in its FOIA request is regularly licensed by CMS to parties outside the government for purposes including statistical analysis, public reporting, and health care quality control. According to prices listed on its website, CMS would charge more than $80,000 to license the data Plaintiff has requested.

**Defendant's Processing of the Request**

8. In telephone conversations, officials at CMS's FOIA office have indicated to Plaintiff that they do not intend to produce the requested records under FOIA. However, Defendant has not yet issued a formal determination with respect to Plaintiff's request.

9. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

10. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

**Demand for Relief**

WHEREFORE, Plaintiff requests that this Court:

1. Declare that Defendant's failure to disclose the records requested by Plaintiff is unlawful;

2. Order Defendant to make the requested records available to Plaintiff;

3. Award Plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

October 2, 2009